**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Altschuler, et al., | No. CV-21-00119-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Chubb National Insurance Company, | |
| Defendant. | |

    The Court recently granted an extension of time, pursuant to a stipulation, for the parties to disclose their experts and expert reports, as follows: Plaintiff's disclosure due by April 6, 2022; Defendant's disclose due by May 6, 2022, and rebuttal disclosures due by May 16, 2022. The parties now seek a further extension of 90 days for completing discovery because the claim was denied as of December 15, 2021, and Defendant recently filed an amended Answer to Plaintiff's Amended Complaint raising many new defenses.

    The Court notes that this case was filed February 21, 2021. The Plaintiffs alleged breach of contract and bad faith failure to determine and pay an insurance claim. Apparently, the case management Order issued October 6, 2021, did not account for the delayed claim determination. The Court understood the Amended Complaint was to correct an error in the pleading, of which all parties were aware, to remove the Plaintiff's wife as an alleged owner of one piece of the alleged stolen property, a Rolex watch. It was also an opportunity for the Defendant to add affirmative defenses discovered during

the pendency of the litigation. In short, the parties assert the delayed claim determination and Amended Answer requires the parties to conduct new discovery.

The Court finds good cause to grant the extension, as follows.

**Accordingly,**

**IT IS ORDERED** that discovery shall be extended for 90 days to be completed by August 29, 2022.

**IT IS FURTHER ORDERED** that dispositive motions shall be filed by September 28, 2022.

**IT IS FURTHER ORDERED** that the Joint Pretrial Order shall be due by October 31, 2022.  If dispositive motions are filed, the joint proposed pretrial order will be due 30 days after the Court has decided the motions.

**IT IS FURTHER ORDERED** that NO FURTHER EXTENSIONS SHALL BE GRANTED.

Dated this 18th day of April, 2022.

Honorable David C. Bury
United States District Judge