**POLI, MOON & ZANE, PLLC**
Michael N. Poli (State Bar No. 006431)
MPoli@pmzlaw.com
Jeff G. Zane (State Bar No. 024172)
jzane@pmzlaw.com
2999 North 44th Street, Suite 325
Phoenix, Arizona 85018
Telephone: (602) 857-8180
Facsimile: (602) 857-7333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Altschuler,<br><br>        Plaintiff,<br>   v.<br><br>Chubb National Insurance Company,<br>an Indiana corporation,<br><br>        Defendant. | No. CV-21-00119-TUC-DCB<br><br>**NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

**NOTICE IS HEREBY GIVEN**, pursuant to LRCiv 5.2, that Plaintiff served Defendant Chubb National Insurance Company with the following documents, via electronic mail on April 25, 2022:

   1.   Plaintiff's Answers to Defendant's First Set of Nonuniform Interrogatories; and

   2.   Plaintiff's Response to Defendant's First Set of Production to Plaintiff.

DATED this 25th day of April, 2022.

                                           **POLI, MOON & ZANE, PLLC**

                                      By  */s/ Jeff G. Zane*
                                            Michael N. Poli
                                            Jeff G. Zane
                                            2999 North 44th Street, Suite 325
                                            Phoenix, Arizona 85018
                                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Sullivan
Jonathan Y. Yu
BROENING OBERG WOODS & WILSON, P.C.
2800 N. Central Avenue, Suite 1600
Phoenix, Ariona 85004
rts@bowwlaw.com
jyy@bowwlaw.com
*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　*/s/ Linda Lieber*