LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Robert T. Sullivan/Bar No. 022719
Jonathan Y. Yu/Bar No. 032238
Email: rts@bowwlaw.com
       jyy@bowwlaw.com
       lmb@bowwlaw.com
       ns@bowwlaw.com

Attorneys for Defendant Chubb National Insurance Company

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Douglas Altschuler, | NO. CV-21-00119-TUC-DCB |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE OF FOURTH SUPPLEMENTAL DISCLOSURE** |
| vs. | |
| Chubb National Insurance Company, an Indiana corporation, | (Assigned to the Honorable David C. Bury) |
| Defendant. | |

NOTICE IS HEREBY GIVEN Defendant Chubb National Insurance Company served upon Plaintiff by e-mail on May 6, 2022, a copy of the following:

1. Defendant Chubb National Insurance Company's Fourth Supplemental Disclosure Statement.

/ /

/ /

/ /

/ /

/ /

/ /

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 6th day of May, 2022. |
| 2 | BROENING OBERG WOODS & WILSON, P.C. |
| 3 | |
| 4 | By: /s/ Jonathan Y. Yu |
| | Robert T. Sullivan |
| 5 | Jonathan Y. Yu |
| | 2800 N. Central Avenue, Suite 1600 |
| 6 | Phoenix, Arizona  85004 |
| | *Attorneys for Defendant Chubb National Insurance Company* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this May 6, 2022, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies submitted electronically to the following recipients:

Michael N. Poli
Jeff G. Zane
mpoli@pmzlaw.com
jzane@pmzlaw.com
Poli, Moon, & Zane, PLLC
2999 N. 44th Street, Suite 325
Phoenix, Arizona, 85018
*Attorneys for Plaintiff*

By /s/ Nicole J. Smith