LAW OFFICES
**BROENING OBERG WOODS & WILSON**
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Robert T. Sullivan/Bar No. 022719
Jonathan Y. Yu/Bar No. 032238
Email: rts@bowwlaw.com
jyy@bowwlaw.com
lmb@bowwlaw.com
ns@bowwlaw.com

Attorneys for Defendant Chubb National Insurance Company

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Altschuler,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Chubb National Insurance Company, an Indiana corporation,<br><br>　　　　　Defendant. | NO. CV-21-00119-TUC-DCB<br><br>**NOTICE OF SERVICE OF FIFTH SUPPLEMENTAL DISCLOSURE**<br><br>(Assigned to the Honorable David C. Bury) |

NOTICE IS HEREBY GIVEN Defendant Chubb National Insurance Company served upon Plaintiff by e-mail on May 13, 2022, a copy of the following:

　　　1.　　Defendant Chubb National Insurance Company's Fifth Supplemental Disclosure Statement.

/ /

/ /

/ /

/ /

/ /

/ /

RESPECTFULLY SUBMITTED this 13th day of May, 2022.

                BROENING OBERG WOODS & WILSON, P.C.

By: */s/ Jonathan Y. Yu*
    Robert T. Sullivan
    Jonathan Y. Yu
    2800 N. Central Avenue, Suite 1600
    Phoenix, Arizona  85004
    *Attorneys for Defendant Chubb National Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this May 13, 2022, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies submitted electronically to the following recipients:

Michael N. Poli
Jeff G. Zane
mpoli@pmzlaw.com
jzane@pmzlaw.com
Poli, Moon, & Zane, PLLC
2999 N. 44th Street, Suite 325
Phoenix, Arizona, 85018
*Attorneys for Plaintiff*

By */s/ Nicole J. Smith*