LAW OFFICES
**BROENING OBERG WOODS & WILSON**
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Robert T. Sullivan/Bar No. 022719
Jonathan Y. Yu/Bar No. 032238
Email: rts@bowwlaw.com
jyy@bowwlaw.com
lmb@bowwlaw.com
ns@bowwlaw.com

Attorneys for Defendant Chubb National Insurance Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Altschuler,<br><br>                    Plaintiff,<br><br>vs.<br><br>Chubb National Insurance Company, an Indiana corporation,<br><br>                    Defendant. | NO. CV-21-00119-TUC-DCB<br><br>**NOTICE OF DEPOSITION OF DOUGLAS ALTSCHULER**<br><br>(Assigned to the Honorable David C. Bury) |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, Arizona Rules of Civil Procedure, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or group to which those persons belong is given below.

PERSON(S) TO BE EXAMINED:     **DOUGLAS ALTSCHULER**

DATE AND TIME OF DEPOSITION:  **June 14, 2022 at 10:00 a.m.**

| | |
|---|---|
| PLACE OF DEPOSITION: | **BROENING OBERG WOODS & WILSON**<br>**2800 N. Central Avenue, Suite 1600**<br>**Phoenix, AZ 85004** |
| FORM OF RECORDING: | **COURT REPORTER** |

RESPECTFULLY SUBMITTED this 27th day of May, 2022.

        BROENING OBERG WOODS & WILSON, P.C.

        By: */s/ Jonathan Y. Yu*
        Robert T. Sullivan
        Jonathan Y. Yu
        2800 N. Central Avenue, Suite 1600
        Phoenix, Arizona  85004
        *Attorneys for Defendant Chubb National*
        *Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this May 27, 2022, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies submitted electronically to the following recipients:

Michael N. Poli
Jeff G. Zane
mpoli@pmzlaw.com
jzane@pmzlaw.com
Poli, Moon, & Zane, PLLC
2999 N. 44th Street, Suite 325
Phoenix, Arizona, 85018
*Attorneys for Plaintiffs*

By */s/ Nicole J. Smith*