**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Altschuler, et al., | No. CV-21-00119-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Chubb National Insurance Company, | |
| Defendant. | |

Pursuant to the Stipulation for Entry of Protective Order (Doc. 115), and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that the Stipulation for Entry of Protective Order (Doc. 115) is GRANTED, and the Protective Order shall be filed simultaneously with this Order.

Dated this 14th day of March, 2023.

*/s/ David C. Bury*
Honorable David C. Bury
United States District Judge