**POLI, MOON & ZANE, PLLC**
Michael N. Poli (State Bar No. 006431)
MPoli@pmzlaw.com
Jeff G. Zane (State Bar No. 024172)
jzane@pmzlaw.com
2999 North 44th Street, Suite 325
Phoenix, Arizona 85018
Telephone:  (602) 857-8180
Facsimile:   (602) 857-7333

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Altschuler,<br><br>       Plaintiff,<br>v.<br><br>Chubb National Insurance Company, an Indiana corporation,<br><br>       Defendant. | No. CV-21-00119-TUC-DCB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE CLAIM PERTAINING TO THE ROLEX WATCH ONLY** |

    Plaintiff and Defendant hereby stipulate to dismiss, with prejudice, Plaintiff's claim pertaining to the Rolex watch only (the "Watch Claim"), with each side to bear their own attorneys' fees as to the Watch Claim only; provided, however, Defendant retains the right to seek attorneys' fees for the art claim (the "Art Claim"), and for the bad faith claim (the "Bad Faith Claim"), and to seek costs. The Watch Claim is identified in the First Amended Complaint (Doc. 48) as "Loss No. 2," the Art Claim is identified therein as Loss No. 1, and the Bad Faith Claim is Count 2 therein. This stipulation is entered into in order to facilitate an appeal of the Court's summary judgment ruling on the Art Claim.

    DATED this 10th day of April, 2024.

                                           **POLI, MOON & ZANE, PLLC**

                                           By */s/ Michael N. Poli*
                                                Michael N. Poli
                                                Jeff G. Zane
                                                2999 North 44th Street, Suite 325
                                                Phoenix, Arizona 85018
                                                *Attorneys for Plaintiff*

1
2  **BROENING OBERG WOODS & WILSON, P.C.**
3  By */s/ Robert T. Sullivan*
4  Robert T. Sullivan
   Jonathan Y. Yu
5  2800 N. Central Avenue, Suite 1600
   Phoenix, Arizona 85004
6  *Attorneys for Defendant*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Sullivan
Jonathan Y. Yu
BROENING OBERG WOODS & WILSON, P.C.
2800 N. Central Avenue, Suite 1600
Phoenix, Ariona 85004
rts@bowwlaw.com
jyy@bowwlaw.com
*Attorneys for Defendant*

      /s/ Linda Gundelach

3