**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Altschuler, et al., | No. CV-21-00119-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Chubb National Insurance Company, | |
| Defendant. | |

Defendant Chubb National Insurance Company's ("Chubb National") Motion for Summary Judgment having come before the Court, and the Court having reviewed that Motion for Summary Judgment, and having partially granted Chubb National's Motion for Summary Judgment on March 8, 2024 (Dk. 211), and the Parties' Stipulation to Dismiss with Prejudice Claim Pertaining to the Rolex Watch Only (Dk. 215) having been granted dismissing the Rolex Watch Claim on April 17, 2024 (Dk. 217),

**Accordingly,**

**IT IS ORDERED** that the Motion for Entry of Judgment (Doc. 218) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter Judgment, pursuant to Fed.R.Civ.P. 54, in favor of Chubb National and against Plaintiff as to all his claims.

**IT IS FURTHER ORDERED** that Chubb National shall comply with LRCiv. 54.2(b)(2) and file its claim for attorney's fees and taxable items, subject to the terms of

/////

the Parties' April 10, 2024, Stipulation (Dk. 215), within 24 days of the entry of Judgment. No further matters remain pending.

Dated this 2nd day of May, 2024.

_____
Honorable David C. Bury
United States District Judge