# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Altschuler, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Chubb National Insurance Company,<br><br>    Defendant. | NO. CV-21-00119-TUC-JGZ<br><br>**THIRD AMENDED JUDGMENT**<br>**IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's order filed May 30, 2025, Third Amended Judgment is entered, and Defendant is awarded $259,444.73 in attorneys' fees and cost.

Debra D. Lucas
District Court Executive/Clerk of Court

June 2, 2025

By   s/ C. Ortiz
     Deputy Clerk